Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
5/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.   PLAINTIFF | 8:22-mj-00357-DUTY |
| Todd Ament | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on May 17, 2022 at 9:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   Title 18 U.S.C. 1014 (False Statements to a Financial Institution)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1964

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Salvatore Ciulla            Phone Number: 714-542-0500

9. Name of Pretrial Services Officer notified: FERNANDO VASULTO

10. Remarks (if any): NA

11. Name: Brian Adkins                       (please print)

12. Office Phone Number: 312-720-5780        13. Agency: FBI

14. Signature: _____[signature]_____          15. Date: May 17, 2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION